TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00444-CV







Thomas P. Jones, Appellant


v.


Paleface Ranch Association, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. GN000310, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING







 The parties have filed an agreed motion to abate the appeal. We grant the motion and
abate the appeal until December 2, 2002. Furthermore, the parties are directed to submit to the Court
a report on the status of the appeal on or before 4:00 p.m., Friday, November 22, 2002.



 

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices Patterson and Puryear

Filed: October 9, 2002

Do Not Publish